UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                                    Chapter 13
MICHAEL GLENN MCKINNON
Debtor(s)                                                 Case No. 22-20774-L

---

### NOTICE OF HEARING

---

The Chapter 13 Trustee's Motion to Dismiss Chapter 13 Case for Failure To Provide Required Documents having been filed by Sylvia Ford Brown on March 28, 2022.

NOTICE IS HEREBY GIVEN THAT:

The Chapter 13 Trustee's Motion to Dismiss Chapter 13 Case for Failure To Provide Required Documents shall be held on 4/21/2022, at  9:00 am by telephone or videoconference, if necessary.

Debtors should contact their attorney to see if their attendance is necessary. This hearing may be continued or adjourned from time to time by oral announcement (at the hearing) of the continued or adjourned date and time, without further written notice.

/S/ Sylvia Ford Brown
CHAPTER 13 TRUSTEE

---

### MOTION TO DISMISS
### CHAPTER 13 CASE for Failure To Provide Required Documents

---

Comes now your Standing 13 Trustee who would show unto the Court the following for which relief is sought:

That pursuant to 11 U.S.C.A. 521 (a)(1)(B)(iv), (b)(1), (e)(2)(A)(i), and/or (h), the debtor failed to provide required documents to the Chapter 13 Trustee.

PREMISES CONSIDERED, your Trustee prays:
1. That the matter be set for hearing.
2. That the case be dismissed.
3. That the Trustee be granted such other and further relief to which she may be entitled.

/S/ Sylvia Ford Brown
CHAPTER 13 TRUSTEE
200 Jefferson Avenue, Ste. 1113
Memphis, TN  38103

CC:   MICHAEL GLENN MCKINNON
      5908 FOX LAIR AVENUE
      MEMPHIS, TN  38118

      JEROME C PAYNE ATTY

MM